UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

SHAYLA HOLMES,               )
                             )
              Plaintiff,     )
v.                           )          Case No. 1:26-cv-00089-SNLJ
                             )
CAPE MEADOWS,                )
                             )
              Defendant.     )

## MEMORANDUM AND ORDER

This matter is before the Court on documents that plaintiff, a self-represented litigant, submitted for filing in this closed case.  The documents consist of emails between plaintiff and defendant and a Notice of Delinquent Rent Warning.  [Docs. 41, 42, 43].  Plaintiff has previously been notified by the Court that filing exhibits that are not attached to the original complaint, an amended complaint, or a motion is not authorized by the Federal Rules of Civil Procedure or this Court's local rules.  *See* [Doc. 29].

Further, this case was dismissed on July 10, 3026.  [Docs. 35, 36].  This is the second time that plaintiff has submitted documents for filing in this closed case that are not authorized post-dismissal pleadings.  *See* [Doc. 40].  All litigants, including self-represented litigants, must comply with substantive and procedural law.  *Brown v. Frey*, 806 F.2d 801, 804 (8th Cir. 1986).  **Plaintiff is hereby cautioned that any future submission of documents in this closed case, other than authorized post-**

**dismissal pleadings, a notice of appeal, or appellate filings in accordance with federal law, may result in the imposition of sanctions.**  Federal courts have the inherent authority to impose filing restrictions on litigants who abuse the judicial process and waste the Court's resources with frivolous filings.  *See In re Tyler*, 839 F.2d 1290, 1292-1295 (8th Cir. 1988) (upholding imposition of a filing restriction based on frivolous filings).  "Every paper filed with the Clerk of this Court, no matter how repetitious or frivolous, requires some portion of the institution's limited resources. A part of the Court's responsibility is to see that these resources are allocated in a way that promotes the interests of justice." *See Day v. Day*, 510 U.S. 1, 2 (1993) (entering a filing restriction to prevent a *pro se* petitioner from filing repetitious and frivolous requests).

Finally, future filings that violate the Federal Rules of Civil Procedure and/or this Court's Local Rules, including the submission of exhibits, emails, screenshots, or filings that do not contain plaintiff's signature, will be rejected.

Accordingly,

**IT IS HEREBY ORDERED** that Documents 41, 42, and 43 are **STRICKEN**.

**IT IS FURTHER ORDERED** that plaintiff **SHALL NOT** file any additional documents in this closed case that are not an authorized post-dismissal pleading, a notice of appeal, or appellate filings in accordance with federal law.

**IT IS FURTHER ORDERED** that the **Clerk of Court** is **DIRECTED** to **REJECT** future filings that consist of exhibits, emails, screenshots, or that do not

contain plaintiff's signature.

**FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

**SO ORDERED** this 10th day of August, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE